# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 12-1118(C)-DMG | Title | U.S.A. v. George Vera, Sr. |
|---|---|---|---|

**FILED**
CLERK, U.S. DISTRICT COURT

**May 6, 2016**

CENTRAL DISTRICT OF CALIFORNIA
BY:      KT          DEPUTY

| Judge | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Dates of Trial or Hearing | 4/19/16 -4/22/16; 4/25/16 -4/29/16; 5/2/16 -5/6/16 |
| Court Reporters or Tape No. | Anne Kielwasser |
| Deputy Clerks | Kane Tien |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Reema M. El-Amamy, AUSA | John N. McNicholas, Apptd. |
| Alexander B. Schwab, AUSA | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED EXHIBITS AND WITNESS LISTS | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**U.S. v. George Vera SR, et al**
**CR 12-1118(C)-DMG**
**GOVERNMENTS TRIAL EXHIBIT LIST**

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | LA Superior Court filing re Judgment Granting Permanent Injunction on 1/31/2005 (contains gang related graffiti and phone numbers on the face of the document) | | |
| 2 | Methamphetamine Seized from Marcus Vera/Karina Valdez on June 16, 2011 | APR 2 2 2016 | APR 2 2 2016 |
| 3 | Intentionally Left Blank | | |
| 4 | Injunction Map | APR 2 1 2016 | APR 2 1 2016 |
| 5 | Street view of 542 S 5th Street | APR 2 1 2016 | APR 2 1 2016 |
| 6 | Photos of Graffiti regarding OA 2 | APR 2 0 2016 | APR 2 0 2016 |
| 7 | Methamphetamine Seized from Marcus Vera/Jolene Montoya on May 19, 2011 | APR 2 2 2016 | APR 2 2 2016 |
| 8 | Intentionally Left Blank | | |
| 9 | Intentionally Left Blank | | |
| 10 | Methamphetamine Seized from Joseph Elizarraras/Julian Merritt on May 26, 2011 | APR 2 2 2016 | APR 2 2 2016 |
| 11 | Intentionally Left Blank | | |
| 12 | Methamphetamine Seized from Marcus Vera/Karina Valdez on June 6, 2011 | APR 2 2 2016 | APR 2 2 2016 |
| 13 | Methamphetamine Seized from Marcus Vera/Karina Valdez on July 14, 2011 | APR 2 2 2016 | APR 2 2 2016 |
| 14 | Intentionally Left Blank | | |
| 15 | Intentionally Left Blank | | |
| 16 | Methamphetamine Seized from Joseph Elizarraras/Lena Doctorczyk on August 16, 2011 | APR 2 2 2016 | APR 2 2 2016 |
| 17 | Methamphetamine Seized from Joseph Elizarraras on October 26, 2011 | APR 2 2 2016 | APR 2 2 2016 |
| 18 | Methamphetamine Seized from Robert Holguin on November 22, 2011 | APR 2 2 2016 | APR 2 2 2016 |
| 19 | Methamphetamine Seized from Robert Holguin on December 14, 2011 | APR 2 2 2016 | APR 2 2 2016 |
| 20 | Methamphetamine (2) Seized from Robert Holguin on December 14, 2011 | APR 2 2 2016 | APR 2 2 2016 |
| 21 | Letter 1 from Jason Vera obtained from Fitzgerald - 2/25/2013 | APR 2 5 2016 | APR 2 5 2016 |
| 22 | Photograph of Edward Dewey obtained from Fitzgerald - 2/25/2013 | APR 2 1 2016 | APR 2 1 2016 *as to page 1* |

**U.S. v. George Vera SR, et al**
**CR 12-1118(C)-DMG**
**GOVERNMENTS TRIAL EXHIBIT LIST**

| No. of Exhibit | Description | Date Identified | Date Admitted | |
|---|---|---|---|---|
| 23 | Letter 2 from Jason Vera obtained from Fitzgerald - 2/25/2013 | APR 25 2016 | APR 25 2016 | |
| 24 | List and Lyrics obtained from Fitzgerald - 2/25/2013 | APR 25 2016 | | |
| 25 | Physical Exhibit of Letter from Jackie to Ralph Santana | | | |
| 25 A | Letter from Jackie to Ralph Santana | | | |
| 26 | Plea Agreement of Ralph Santana | APR 28 2016 | APR 28 2016 | |
| 27 | Intentionally Left Blank | | | |
| 28 | Intentionally Left Blank | | | |
| 29 | Methamphetamine Seized from Ralph Santana on March 9, 2012 | APR 22 2016 | APR 22 2016 | |
| 30 | Methamphetamine Seized from Ralph Santana on March 23, 2012 | APR 22 2016 | APR 22 2016 | |
| 31 | Methamphetamine Seized from Ralph Santana on April 18, 2012 | APR 22 2016 | APR 22 2016 | |
| 32 | Methamphetamine Seized from Ralph Santana on May 9, 2012 | APR 22 2016 | APR 22 2016 | |
| 33 | Methamphetamine Seized from Carlos Hernandez on June 4, 2012 | APR 22 2016 | APR 22 2016 | |
| 34 | Photograph of .22 cal handgun | | | |
| 35 | Methamphetamine Seized from Carlos Hernandez on June 8, 2012 | APR 22 2016 | APR 22 2016 | |
| 36 | Photograph of .32 cal handgun | APR 29 2016 | APR 29 2016 | |
| 37 | Photograph of .38 cal handgun | | | |
| 38 | Photograph of 9mm handgun | | | |
| 39 | Physical Evidence of .44 cal handgun | | | |
| 39 A | Photograph of .44 cal handgun | | | |
| 40 | Plea Agreement of Joseph Elizarraras | APR 20 2016 | APR 20 2016 | |
| 41 | Methamphetamine Seized from Ralph Santana | APR 22 2016 | APR 22 2016 | c |
| 42 | Summary of Drug Exhibit Test Results | APR 21 2016 | APR 21 2016 | parties agreed not to admit |
| 43 A | Stipulation of Joseph Elizarraras | | | |
| 43 B | Order of Joseph Elizarraras | | | |
| 44 | DMV Record of Marla Vera | | | |
| 45 A | DMV Record of David Pina | APR 21 2016 | APR 21 2016 | |
| 45 B | Photographs of David Pina | APR 21 2016 | APR 21 2016 | |
| 46 | Stipulation Regarding Telephone Call Data (Signed) | APR 21 2016 | APR 21 2016 | |
| 47 | Trial Stipulation Concerning Spanish/English Translations (Signed) | APR 21 2016 | APR 21 2016 | |
| 48 | SSM Member Photos | APR 21 2016 | APR 21 2016 | |
| 49 | Photographs - Walther 9mm Handgun | | | |

**U.S. v. George Vera SR, et al**
**CR 12-1118(C)-DMG**
**GOVERNMENTS TRIAL EXHIBIT LIST**

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 50 | Photographs - Walther 9mm Handgun | | |
| 51 | Photographs - Bahia Lodge | APR 2 0 2016 | APR 2 0 2016 |
| 52 | George Cisneros (Flappers) Murder Photos | APR 2 0 2016 | |
| 53 | Carjacking Photos 1 | APR 2 5 2016 | APR 2 5 2016 |
| 54 | Carjacking Photos 2 | APR 2 5 2016 | APR 2 5 2016 |
| 55 | Carjacking Photos 3 | APR 2 5 2016 | APR 2 5 2016 |
| 56 | Trial Stipulation Regarding Age of Ammunition and Interstate Nexus | APR 2 1 2016 | APR 2 1 2016 |
| 57 | Physical Evidence .38 Special Rounds of Ammunition Recovered from Home of George Vera, Sr. on December 1, 2011 | APR 2 1 2016 | APR 2 1 2016 |
| 57 A | Photograph of .38 Special Rounds of Ammunition Recovered from Home of George Vera, Sr. on December 1, 2011 | | |
| 58 | Physical Evidence .25 Automatic Caliber Rounds of Ammunition Recovered from Home of George Vera, Sr. on December 1, 2011 | APR 2 1 2016 | APR 2 1 2016 |
| 58 A | Photograph of .25 Automatic Caliber Rounds of Ammunition Recovered from Home of George Vera, Sr. on December 1, 2011 | APR 2 1 2016 | APR 2 1 2016 |
| 59 | Physical Evidence 30-30 Caliber Rounds of Ammunition Recovered from Home of George Vera, Sr. on December 1, 2011 | APR 2 1 2016 | APR 2 1 2016 |
| 59 A | Photograph of 30-30 Caliber Rounds of Ammunition Recovered from Home of George Vera, Sr. on December 1, 2011 | | |
| 60 | Physical Evidence .22 Caliber Rounds of Ammunition Recovered from Home of George Vera, Sr. on December 1, 2011 | APR 2 1 2016 | APR 2 1 2016 |
| 60 A | Photograph of .22 Caliber Rounds of Ammunition Recovered from Home of George Vera, Sr. on December 1, 2011 | | |
| 61 | Physical Evidence Bottle of Powder Solvent Recovered from Home of George Vera, Sr. on December 1, 2011 | APR 2 1 2016 | APR 2 1 2016 |
| 61 A | Photograph of Bottle of Powder Solvent Recovered from Home of George Vera, Sr. on December 1, 2011 | | |
| 62 | Summary Chart of Drug Transactions | APR 2 2 2016 | |
| 63 | Physical Evidence Gun Recovered from George Vera, Sr., and David Pina | APR 2 1 2016 | APR 2 1 2016 |

**U.S. v. George Vera SR, et al**
**CR 12-1118(C)-DMG**
**GOVERNMENTS TRIAL EXHIBIT LIST**

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 63 A | Photograph of Gun Recovered from George Vera, Sr., and David Pina | | |
| 64 | Holguin Text Messages | APR 2 7 2016 | APR 2 7 2016 |
| 65 | Photograph of Andrew Gonzales "Crow" | APR 2 7 2016 | APR 2 7 2016 |
| 66 | Intentionally Left Blank | | |
| 67 | Physical Evidence Shotgun recovered from George Vera, Sr./Pat Vera | APR 2 5 2016 | APR 2 8 2016 |
| 67 A | Photograph of Shotgun recovered from George Vera, Sr./Pat Vera | | |
| 68 | Intentionally Left Blank | | |
| 69 | Intentionally Left Blank | | |
| 70 | Intentionally Left Blank | | |
| 71 | Intentionally Left Blank | | |
| 72 | Intentionally Left Blank | | |
| 73 | Intentionally Left Blank | | |
| 74 | Cartoon Face and Cartoon Stomach | APR 2 1 2016 | APR 2 1 2016 |
| 75 | Daniel Aparicio photoline up | APR 2 7 2016 | APR 2 7 2016 |
| 76 | Nicholas Ramos (1) | | |
| 77 | Nicholas Ramos (2) | | |
| 78 | Jimmy Valenzuela (1) | | |
| 79 | Jimmy Valenzuela (2) | | |
| 80 | Roman Aguilar (1) | MAY – 4 2016 | MAY – 4 2016 |
| 81 | Roman Aguilar (2) | MAY – 4 2016 | MAY – 4 2016 |
| 82 | Raymond Martinez Doktorczyk, also known as "Spooky" (1) | APR 2 0 2016 | APR 2 0 2016 |
| 83 | Intentionally Left Blank | | |
| 84 | Intentionally Left Blank | | |
| 85 | Joseph Elizarraras | APR 2 0 2016 | APR 2 0 2016 |
| 86 | Joseph Elizarraras tattoos | | |
| 87 | Intentionally Left Blank | | |
| 88 | Danny Romero (1) | APR 2 5 2016 | APR 2 5 2016 |
| 89 | Danny Romero (2) | APR 2 5 2016 | APR 2 5 2016 |
| 90 | Intentionally Left Blank | | |
| 91 | Intentionally Left Blank | | |
| 92 | Physical Evidence .22 caliber firearm Aguayo | APR 2 2 2016 | APR 2 2 2016 |
| 92 A | Photograph of .22 caliber firearm Aguayo | | |
| 92 B | Physical Evidence - 6 rounds .22 caliber ammunition from Roman Aguayo | APR 2 2 2016 | APR 2 2 2016 |
| 93 | Physical Evidence .22 caliber pistol Marcus Vera | APR 2 2 2016 | APR 2 2 2016 |
| 93 A | Photograph of .22 caliber pistol Marcus Vera | | |

**U.S. v. George Vera SR, et al**
**CR 12-1118(C)-DMG**
**GOVERNMENTS TRIAL EXHIBIT LIST**

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 93 B | Physical Evidence - 8 rounds .22 caliber ammunition from Marcus Vera | APR 2 2 2016 | APR 2 2 2016 |
| 94 | Intentionally Left Blank | | |
| 95 | 9mm Firearm Robert Holguin | APR 2 2 2016 | APR 2 2 2016 |
| 95 B | Physical Evidence - 18 rounds 9 mm ammunition from Robert Holguin | APR 2 2 2016 | APR 2 2 2016 |
| 96 | Intentionally Left Blank | | |
| 97 | Physical Evidence 9mm pistol George Vera | APR 2 2 2016 | APR 2 2 2016 |
| 97 A | Photograph of 9mm pistol George Vera | | |
| 97 B | Physical Evidence - 8 rounds 9 mm ammunition from George Vera, Jr. | APR 2 2 2016 | APR 2 2 2016 |
| 98 | 108 E CLEVELAND | APR 2 1 2016 | APR 2 1 2016 |
| 99 | 137 GIVEN | APR 2 1 2016 | APR 2 1 2016 |
| 100 | 424 W MINES | APR 2 1 2016 | APR 2 1 2016 |
| 101 | Bahia Lodge Murder | | |
| 102 | Physical Evidence Body Armor George Vera | APR 2 2 2016 | APR 2 2 2016 |
| 102 A | Photograph of Body Armor George Vera | | |
| 103 | Physical Evidence Body Armor Marcus Vera | APR 2 2 2016 | APR 2 2 2016 |
| 103 A | Photograph of Body Armor Marcus Vera | | |
| 104 | Christopher Abadie | APR 2 0 2016 | APR 2 0 2016 |
| 105 | Jacob Crespin | APR 2 0 2016 | APR 2 0 2016 |
| 106 | Jason Vera | APR 2 0 2016 | APR 2 0 2016 |
| 107 | Jay Padilla | APR 2 0 2016 | APR 2 0 2016 |
| 108 | Intentionally Left Blank | | |
| 109 | Intentionally Left Blank | | |
| 110 | Intentionally Left Blank | | |
| 111 | Intentionally Left Blank | | |
| 112 | Marcus Vera ammunition (2) | | |
| 113 | Physical Evidence of Marcus Vera ammunition | APR 2 5 2016 | APR 2 5 2016 |
| 113 A | Photograph of Marcus Vera ammunition | | |
| 114 | Intentionally Left Blank | | |
| 115 | Peter Rodriguez - also known as Clown | | |
| 116 | Physical Evidence Sawed-off rifle Marcus Vera | APR 2 1 2016 | APR 2 1 2016 |
| 116 A | Photograph of Sawed-off rifle Marcus Vera | | |
| 117 | Indio at Gang Meeting: Identified by R.S. on 12/18/2015 | APR 2 7 2016 | redacted |
| 118 | Vera and Valenzuela at SSM Meeting: Identified by R.S. on 12/18/2015 | APR 2 7 2016 | APR 2 7 2016 redacted |
| 119 | 2008 Samuel Lopez attempt murder injuries | APR 2 5 2016 | APR 2 5 2016 |
| 120 | Photograph of Jimmy Valenzuela and Samuel Lopez | APR 2 0 2016 | APR 2 0 2016 |

**U.S. v. George Vera SR, et al**
**CR 12-1118(C)-DMG**
**GOVERNMENTS TRIAL EXHIBIT LIST**

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 121 | 9mm firearm recovered 7/8/11 | | |
| 122 | Intentionally Left Blank | | |
| 123 | Intentionally Left Blank | | |
| 124 | Photographs of Ruben Hernandez Murder (Reserved) | | |
| 125 | Photographs of Joe Alvarado Murder (Reserved) | | |
| 126 | Photographs of Samuel Lopez Attempted Murder (Reserved) | | |
| 127 | Photographs of "Jimmy Joker" Murder | | |
| 128 | Photographs of "Poplar" Murder (Reserved) | | |
| 129 | Photograph of Vera Residence on Cleveland Street (Reserved) | | |
| 130 | SSM GRAFFITI AT CHET HOLIFIELD PARK | APR 2 1 2016 | APR 2 1 2016 |
| 131 A | First Superceded Indictment Marcus Vera Conviction Documents | | |
| 131 B | Marcus Vera Conviction Documents - Change of Plea | | |
| 132 | Daniel Aparicio vehicle (2008) | APR 2 5 2016 | APR 2 5 2016 |
| 133 | Photographic Lineup – Daniel Aparaicio (2008) | | |
| 134 | Intentionally Left Blank | | |
| 135 | Intentionally Left Blank | | |
| 136 | Photographs of Daniel Aparicio | APR 2 5 2016 | APR 2 5 2016 |
| 137 | Photograph of Alvarado Residence | | |
| 138 | Photograph of Balcom's Market | APR 2 1 2016 | APR 2 1 2016 |
| 139 | Photograph of Jimmy "Joker" Residence 1 | APR 2 1 2016 | APR 2 1 2016 |
| 140 | Photograph of Jimmy "Joker" Residence 2 | APR 2 1 2016 | APR 2 1 2016 |
| 141 | George Vera Ammunition Pictures from 12/1/2011 Search of Residence | | |
| 142 | CA DMV information for Jimmy Jimenez | APR 2 1 2016 | APR 2 1 2016 |
| 143 | CA DMV information for Robert Anthony Olguin | | |
| 144 | CA DMV information for Samuel Abramjian Lopez | | |
| 145 | CA DMV information for David John Fitzgerald | APR 2 1 2016 | APR 2 1 2016 |
| 146 | CA DMV information for Dalissa Ivon Aldana | APR 2 1 2016 | APR 2 1 2016 |
| 147 | CA DMV information for Jolene Danielle Montoya | | |
| 148 | CA DMV information for Roman Aguayo Silva | | |
| 149 | CA DMV information for Nicholas Ramos | APR 2 1 2016 | APR 2 1 2016 |
| 150 | CA DMV information for Roman Aguilar | APR 2 1 2016 | APR 2 1 2016 |
| 151 | Photograph of Pascual Torres | APR 2 5 2016 | APR 2 5 2016 |
| 152 | Photograph of Larry Peraza | APR 2 5 2016 | APR 2 5 2016 |
| 153 | Photograph of Ramond Martinez Doktorczyk (Spooky) | APR 2 2 2016 | APR 2 2 2016 |
| 154 | Photographs of Daniel Romero | | |

**U.S. v. George Vera SR, et al**
**CR 12-1118(C)-DMG**
**GOVERNMENTS TRIAL EXHIBIT LIST**

| No. of Exhibit | Description | Date Identified | Date Admitted | |
|---|---|---|---|---|
| 155 | Montebello Police Department Supplemental Report 4/22/2011 Interview of CI 575 - Miranda Rights Waver; Firearm AFS Report | | | |
| 156 | Photograph of Rachel Cisneros | APR 2 1 2016 | APR 2 1 2016 | |
| 157 | Photograph of Charlie Jaime | | | |
| 158 | Photograph of Boris Akopov (Face) | APR 2 5 2016 | APR 2 5 2016 | |
| 159 | Photograph of Boris Akopov (Front Torso) | APR 2 5 2016 | APR 2 5 2016 | |
| 160 | Jimmy Jimenez deceased photographs | | | |
| 161 | Ammunition – Vera Sr. Residence | | | |
| 162 | Photograph of George Vera, Sr. | APR 2 1 2016 | APR 2 1 2016 | |
| 163 | Photograph of Carlos Hernandez | APR 2 1 2016 | APR 2 1 2016 | |
| 164 | Photograph of Elizarraras Uncle | | | |
| 165 | Photograph of Ralph Santana Tattoos | APR 2 7 2016 | APR 2 7 2016 | |
| 166 | Group Picture | APR 2 0 2016 | APR 2 0 2016 | |
| 167 | Picture of Nicholas Ramos (Torso Tattoo's) | APR 2 0 2016 | APR 2 0 2016 | |
| 168 | Joseph Elizarraras tattoos | APR 2 0 2016 | APR 2 0 2016 | |
| 169 | Joseph Elizarraras tattoos | APR 2 0 2016 | APR 2 0 2016 | |
| 170 | Picture from "Facebook" re: Joseph Elizarraras | APR 2 0 2016 | APR 2 0 2016 | |
| 171 | Picture from "Facebook" re: David Fitzgerald | APR 2 0 2016 | APR 2 0 2016 | |
| 172 | Picture from "Facebook" re: Mike Felon | APR 2 0 2016 | APR 2 0 2016 | |
| 173 | Picture from "Facebook" re: Robert Trujillo | APR 2 0 2016 | APR 2 0 2016 | |
| 174 | Picture from "Facebook" re: Group Picture | APR 2 0 2016 | APR 2 0 2016 | |
| 175 | Photograph of Bernardino Trigueros (Stomper) | APR 2 0 2016 | APR 2 0 2016 | |
| 176 | Photograph of Charlie Hernandez (OSO) | APR 2 1 2016 | APR 2 1 2016 | |
| 177 | Photograph of Elizarraras (Sniper) | | | |
| 178 | Photograph of George Cisneros (Flappers) | APR 2 0 2016 | APR 2 0 2016 | |
| 179 | Photograph of George Vera Jr. (Little Rascal) | APR 2 0 2016 | APR 2 0 2016 | |
| 180 | Photograph of Jimmy Valenzuela (Shyboy) | APR 2 0 2016 | APR 2 0 2016 | |
| 181 | Photograph of Julian Merrit | APR 2 0 2016 | APR 2 0 2016 | |
| 182 | Photograph of Karina Valdez | APR 2 1 2016 | APR 2 1 2016 | |
| 183 | Photograph of Lena Doctorczyk | APR 2 0 2016 | APR 2 0 2016 | |
| 184 | Photograph of Marcus Vera (Solo) | APR 2 0 2016 | APR 2 0 2016 | |
| 185 | Photograph of Marla Vera | APR 2 1 2016 | APR 2 1 2016 | |
| 186 | Photograph of Nicholas Ramos (Vago) | APR 2 0 2016 | APR 2 0 2016 | |
| 187 | Photograph of Richard Rincon (Winer) | APR 2 0 2016 | APR 2 0 2016 | |
| 188 | Photograph of Robert Holguin (Night Owl) | APR 2 0 2016 | APR 2 0 2016 | |
| 189 | Photograph of Sammy Lopez (Downer) | APR 2 0 2016 | APR 2 0 2016 | |
| 190 | Photograph of Sammy Lopez (Downer)_2 | APR 2 1 2016 | APR 2 1 2016 | |
| 191 | Photograph of Santana (Indio) | APR 2 0 2016 | APR 2 0 2016 | |
| 192 | Jonathan Reyes testimony 3/27/13 | APR 2 9 2016 | APR 2 9 2016 | |
| 193 | Memo to Special Agent dated 1-29-14 | MAY - 2 2016 | MAY - 2 2016 | |
| 194 | Facebook posting dated 1/3/12 | MAY - 4 2016 | MAY - 4 2016 | |

**U.S. v. George Vera SR, et al**
**CR 12-1118(C)-DMG**
**GOVERNMENTS TRIAL EXHIBIT LIST**

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 301 A | Uncle of Joseph Elizarraras Photos | | |
| 1001 | 6/8/2012 - Audio & Transcript Involving Meet between CI 17, CI 562, and Carlos Hernandez | APR 2 2 2016 | APR 2 2 2016 |
| 1002 | 9/8/2011 - Audio & Transcript of Jail Call between Marcus Vera and Karina Valdez | APR 2 5 2016 | APR 2 5 2016 |
| 1003 | 9/11/2011 - Audio & Transcript of Jail Call between Marcus Vera and Karina Valdez | APR 2 5 2016 | APR 2 5 2016 |
| 1004 | 9/11/2011 - Audio & Transcript of Jail Call between Marcus Vera and Karina Valdez | APR 2 5 2016 | APR 2 5 2016 |
| 1005 | 9/19/2011 - Audio & Transcript of Jail Call between Marcus Vera, Karina Valdez, George Vera SR., and Marla Vera | APR 2 2 2016 | APR 2 2 2016 |
| 1006 | 9/27/2011 - Audio & Transcript of Jail Call between Marcus Vera and Karina Valdez | | |
| 1007 | 11/13/2012 - Audio & Transcript of Jail Call between George Vera JR., and George Vera SR. | APR 2 2 2016 | APR 2 2 2016 |
| 1008 | 11/18/2012 - Audio & Transcript of Jail Call between Marcus Vera and George Vera SR. | APR 2 2 2016 | APR 2 2 2016 |
| 1009 | 11/30/2012 - Audio & Transcript of Jail Call between George Vera JR., and George Vera SR. | APR 2 2 2016 | APR 2 2 2016 |
| 1010 | 12/1/2012 - Audio & Transcript of Jail Call between George Vera JR., and George Vera SR. | APR 2 2 2016 | APR 2 2 2016 |
| 1011 | 4/15/2013 - Audio & Transcript of Jail Call between George Vera JR., and Melissa LNU | APR 2 5 2016 | APR 2 5 2016 |
| 1012 | 4/16/2013 - Audio & Transcript of Jail Call between George Vera JR., and Melissa LNU | APR 2 5 2016 | APR 2 5 2016 |
| 1013 | Reserved | | |
| 1014 | 11/16/2001 - Audio and Transcript of Interview between George Vera Sr. and Lt. Andrew Vuncanon (Cassette Tape Conversion) | | |
| 1015 | 6/16/2010 - Audio & Transcript of Jail Call between Marcus Vera and Marla Vera | APR 2 2 2016 | APR 2 2 2016 |
| 1016 | 7/4/2010 - Audio & Transcript of Jail Call between Marcus Vera and Marla Vera | APR 2 2 2016 | APR 2 2 2016 |
| 1017 | Reserved | | |
| 1018 | Reserved | | |
| 1019 | 4/15/2015 - Audio & Transcript of Jail Call between George Vera Sr. and Marcus Vera | APR 2 5 2016 | APR 2 5 2016 |
| 1020 | Reserved | | |
| 1021 | Reserved | | |
| 1022 | Reserved | | |
| 1023 | 8/1/2012 - Audio & Transcript of body wire between Marcus Vera and Confidential Informant | APR 2 1 2016 | APR 2 1 2016 |
| 1024 | 6/6/2011 - Audio & Transcript of body wire between Marcus Vera, Confidential Informant, and ATF SA Michele Starkey | APR 2 5 2016 | APR 2 5 2016 |

1015.2                                    APR 2 5 2016   APR 2 5 2016

**U.S. v. George Vera SR, et al**
**CR 12-1118(C)-DMG**
**GOVERNMENTS TRIAL EXHIBIT LIST**

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1025 | Reserved | | |
| 1026 | 11/16/2012 - Audio & Transcript of Jail Call between Marcus Vera and Karina Valdez | APR 2 2 2016 | APR 2 2 2016 |
| 1027 | 7/21/2012 - Transcript of Undercover Warehouse Involving Marcus Vera and Unknown Male | APR 2 1 2016 | APR 2 1 2016 |
| 1028 | 9/2/2011 - Transcript of Jail Call between Marcus Vera and Karina Valdez | APR 2 5 2016 | APR 2 5 2016 |
| 1029 | 9/8/2009 - Transcript of Undercover Buy Involving CI#20, Armando Alvarado, and Det Brancato | | |
| 1030 | 9/17/2009 - Transcript of Undercover Buy Involving CI#20, Armando Alvarado, and Samuel Lopez | | |
| 1031 | Reserved | | |
| 1032 | Reserved | | |
| 1033 | 7/10/2010 - Audio & Transcript of Jail Call involving Marcus Vera, Marla Vera, George Vea Sr., and Jimmy Valenzuela | APR 2 2 2016 | APR 2 2 2016 |
| 1034 | 2/27/2011 - Audio & Transcript of Jail Call between Marcus Vera and Roman Aguilar | APR 2 2 2016 | APR 2 2 2016 |
| 1035 | Reserved | | |
| 1036 | Reserved | | |
| 1037 | 5/12/2011 - Transcript of Jail Call between David Fitzgerald and Dalissa Aldana (1) | APR 2 5 2016 | APR 2 5 2016 |
| 1038 | 5/12/2011 - Transcript of Jail Call between David Fitzgerald and Dalissa Aldana (2) | APR 2 5 2016 | APR 2 5 2016 |
| 1039 | Reserved | | |
| 1040 | Reserved | | |
| 1041 | 11/17/2012 - Audio and Transcript | | |
| 1042 | Reserved | | |
| 1043 | 3/10/2010 - Audio & Transcript of Jail Call between Marcus Vera and Marla Chacon | APR 2 2 2016 | APR 2 2 2016 |
| 1044 | 3/10/2010 - Audio & Transcript of Jail Call between George Vera Jr. and George Vera Sr. | APR 2 2 2016 | APR 2 2 2016 |
| 1045 | Reserved | | |
| 1046 | Reserved | | |
| 1047 | Reserved | | |
| 1048 | Reserved | | |
| 1049 | 12/2/2012 - Audio & Final Transcript of Jail Call invloving George Vera Jr. and George Vera Sr. | APR 2 2 2016 | APR 2 2 2016 |
| 1050 | 12/5/2012 - Audio & Final Transcript of Jail Call invloving George Vera Jr. and George Vera Sr. | APR 2 2 2016 | APR 2 2 2016 |
| 1051 | 8/19/2011 - Audio & Final Transcript of Jail Call between Marcus Vera and George Vera Sr. | APR 2 2 2016 | APR 2 2 2016 |
| 1052 | 8/2/2011 - Audio & Final Transcript of Jail Call between Marcus Vera and George Vera Sr. | APR 2 2 2016 | APR 2 2 2016 |

1027.2   7/21/12   Audio & Transcripts   APR 2 5 2016   APR 2 5 2016

1033A   MAY - 4 2016   MAY - 4 2016

**U.S. v. George Vera SR, et al**
**CR 12-1118(C)-DMG**
**GOVERNMENTS TRIAL EXHIBIT LIST**

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1053 | Reserved | | |
| 1054 | 5/26/11 - Elizarraras/Merrit Drug Buy - SMM0010 (3 clips) | APR 2 1 2016 | APR 2 1 2016 |
| 1055 | 8/16/11 - Elizarraras/Doctorczyk Drug Buy - SMM0049 (1 clip) | APR 2 1 2016 | APR 2 1 2016 |
| 1056 | 11/21/2012 - Audio & Final Transcript of Jail Call invloving George Vera Jr. and Melissa LNU | APR 2 5 2016 | APR 2 5 2016 |
| 1057 | 6/6/2011 (Marcus Vera) Drug Buy Excerpt | APR 2 1 2016 | APR 2 1 2016 |
| 1058 | 6/16/2011 (Marcus Vera) Drug Buy Excerpts | APR 2 1 2016 | APR 2 1 2016 |
| 1059 | 6/16/2011 (Marcus Vera) Video (Drug Buy) | APR 2 1 2016 | APR 2 1 2016 |
| 1060 | 7/14/2011 (Marcus Vera_Valdez) Drug Buy Excerpts | APR 2 1 2016 | APR 2 1 2016 |
| 1061 | 5/19/2011 (Marcus Vera) Drug Buy Excerpts | APR 2 5 2016 | APR 2 5 2016 |
| 1062 | 3/9/2012 (Santana Audio) | APR 2 5 2016 | APR 2 5 2016 |
| 1063 | 3/9/2012 (Santana Video) | APR 2 5 2016 | APR 2 5 2016 |
| 1064 | 3/23/2012 (Santana Audio) | APR 2 5 2016 | APR 2 5 2016 |
| 1065 | 4/18/2012 (Santana Video) | APR 2 5 2016 | APR 2 5 2016 |
| 1066 | 4/18/2012 (Santana Audio) | APR 2 5 2016 | APR 2 5 2016 |
| 1067 | 6/14/2010 - Audio & Transcript of Jail Call involving Marcus Vera (Marcus Calls Home) | APR 2 5 2016 | APR 2 5 2016 |
| 1068 | 6/14/2010 - Audio & Transcript of Jail Call involving Marcus Vera (Marcus Calls Home) | APR 2 5 2016 | APR 2 5 2016 |
| 1069 | 11/7/2012 Video Clip (HI Takedown) | APR 2 2 2016 | APR 2 2 2016 |
| 1070 | 11/22/2011 (Holguin) Drug Buy Excerpt | APR 2 2 2016 | APR 2 2 2016 |
| 1071 | 12/14/2011 (Holguin) Drug Buy Excerpts | APR 2 2 2016 | APR 2 2 2016 |
| 1072 | 6/4/2012 (C. Hernandez) Drug buy Exerpts | APR 2 5 2016 | APR 2 5 2016 |
| 1073 | 6/8/2012 (C. Hernandez) Drug buy Exerpts | APR 2 5 2016 | APR 2 5 2016 |

1069B Audio of CHI Takedown)        APR 2 2 2016   APR 2 2 2016

UNITED STATES OF AMERICA vs. GEORGE VERA, SR., et al.

CR 12-1118-DMG

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 3000 | Aparacio, Daniel VA044819 certified docket 10-09-1997 | | |
| 3001 | Aparacio, Daniel VA044819 Certified Minute Order and Complaint 10-24-1997 | | |
| 3002 | Aparacio, Daniel 8EA02256 certified docket 8-12-2008 | | |
| 3003 | Elizarraras, Joseph VA085070 Certified Court Docket 07-14-2005 | | |
| 3004 | Holguin, Robert A774367 Certified Complaint 2-19-86 | | |
| 3005 | Holguin, Robert A774367 Certified Pre Plea Report 2-19-86 | | |
| 3006 | Holguin, Robert A787807 Certified Complaint 8-10-86 | | |
| 3007 | Holguin, Robert A787807 Certified Abstract 8-10-86 | | |
| 3008 | Holguin, Robert TA019583 Certified Abstract 12-08-92 | | |
| 3009 | Holguin, Robert TA019583 Certified Complaint 12-08-92 | | |
| 3010 | Holguin, Robert VA101457 Certified Court Docket 11-13-07 | | |
| 3011 | Santana Sr., Ralph VA045384 Certified Complaint 11-03-97 | | |
| 3012 | Santana Sr., Ralph 8WH02350 Certified Court Docket 4-14-98 | | |
| 3013 | Santana Sr., Ralph 8WH02350 Certified Minute Order 4-14-98 | | |
| 3014 | Santana Sr., Ralph VA045384 Certified Abstract 12-23-98 | | |

# UNITED STATES OF AMERICA v. GEORGE RIVERA, SR., et al.
## CR 12-1118-DMG

### DEFENDANT'S EXHIBIT LIST

| Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 3015 | Santana Sr., Ralph VA045384 Certified Court Docket 1-12-99 | | |
| 3016 | Santana Sr., Ralph VA059670 Certified Court Docket 7-7-00 | | |
| 3017 | Santana Sr., Ralph VA059670 Certified Minute Order 7-7-00 | | |
| 3018 | Santana Sr., Ralph VA075945 Certified Court Docket 4-8-03 | | |
| 3019 | Santana Sr., Ralph 93M04225 Certified Minute Order 8-3-03 | | |
| 3020 | Santana Sr., Ralph BA271043 Certified Abstract 10-26-04 | | |
| 3021 | Santana Sr., Ralph BA271043 Certified Information Summary 10-26-04 | | |
| 3022 | Santana Sr., Ralph BA271043 Certified Complaint 10-26-04 | | |
| 3023 | Santana Sr., Ralph VA116451 Certified Court Docket 9-3-10 | | |
| 3024 | Saucedo, Daniel BA 286392 Certified Abstract, Complaint and Minute Order 9-14-05 | | |
| 3025 | Saucedo, Daniel 9JB04676 Certified Minute Order 6-02-09 | | |
| 3026 | Defense Stip Filed 04-14-2016 - Age of Ammunition | | |
| 3027 | Elizarraras, Joseph  Arcadia PD Records - 03-23-2016 | | |
| 3028 | Elizarraras, Joseph  Covina PD Records - 03-23-2016 | | |
| 3029 | Elizarraras, Joseph LA County Sheriff Records - 03-23-2016 | | |

# UNITED STATES OF AMERICA v. GEORGE VERA, SR., et al.

## CR 12-1118-DMG

### DEFENDANT'S EXHIBIT LIST

| Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 3030 | Elizarraras, Joseph Letter re crim history | | |
| 3031 | Elizarraras, Joseph PCS For Sale MPD (03-05-2009) | | |
| 3032 | Elizarraras, Joseph PCS For Sale MPD (05-01-2009) | | |
| 3033 | Elizarraras, Joseph Plea Agreement Bates SM002203-SM002227 | | |
| 3034 | Elizarraras, Joseph Proffer (08-14-2013) | | |
| 3035 | Elizarraras, Joseph Proffer (09-02-2015) | | |
| 3036 | Elizarraras, Joseph Proffer (12-16-2015) | | |
| 3037 | Elizarraras, Joseph Proffer (UNDATED) | APR 2 1 2016 | |
| 3038 | Elizarraras, Joseph PSR | | |
| 3039 | Meza, Joel 08.16.2011, 09.12.2011 Supp Reports | | |
| 3040 | Meza, Joel 08-15-2011 Use of Force Report | | |
| 3041 | Rodriguez, Omar 02-13-2013 Jess Hernandez IA Report | | |
| 3042 | Rodriguez, Omar 05-22-2008 Consent by Marla | | |
| 3043 | Rodriguez, Omar 06-19-2012 MPD Supp Report Valenzuela | | |
| 3044 | Rodriguez, Omar 08-00-2012 Metro guy who committed murder at 7-11 | APR 2 6 2016 | APR 2 6 2016 |

# UNITED STATES OF AMERICA vs. GEORGE VERA, SR., et al.
## CR 12-1118-DMG

### DEFENDANT'S EXHIBIT LIST

| Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 3045 | Rodriguez, Omar 08-16-2012 Declaration Reusing Drugs | APR 2 6 2016 | |
| 3046 | Rodriguez, Omar 09-24-2004 Gun In Trun | | |
| 3047 | Rodriguez, Omar 11-04-2004 Officer Declaration Redacted | APR 2 6 2016 | |
| 3048 | Rodriguez, Omar 12-01-2011 424 W. Mines Search | APR 2 6 2016 | |
| 3049 | Rodriguez, Omar 2008 Photo Location of Runover | APR 2 6 2016 | APR 2 6 2016 |
| 3050 | Rodriguez, Omar Photo Run Over and For Sale Sign | APR 2 6 2016 | APR 2 6 2016 |
| 3051 | Santana, Ralph 03-27-2014 Proffer | | |
| 3052 | Santana, Ralph 05-09-2012 MPD Supp Report | | |
| 3053 | Santana, Ralph 07-22-2008 Whittier PD Report | | |
| 3054 | Santana, Ralph 10-23-2014 MPD Supp Report SM002253-SM002254 | | |
| 3055 | Santana, Ralph 11-18-2015 Proffer | | |
| 3056 | Santana, Ralph 12-18-2015 PROFFER | | |
| 3057 | Santana, Ralph Arrest Report 05-11-98 | | |
| 3058 | Saucedo, Daniel Photo (Redacted) | | |
| 3059 | Saucedo, Daniel in Raider Cap | | |

UNITED STATES OF AMERICA vs. GEORGE VERA, SR.
CR 12-1118-DMG

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| | **VOLUME 2** | | |
| 3051 | Santana, Ralph 03-27-2014 Proffer | | |
| 3052 | Santana, Ralph 05-09-2012 MPD Supp Report | | |
| 3053 | Santana, Ralph 07-22-2008 Whittier PD Report | | |
| 3054 | Santana, Ralph 10-23-2014 MPD Supp Report SM002253-SM002254 | | |
| 3055 | Santana, Ralph 11-18-2015 Proffer | | |
| 3056 | Santana, Ralph 12-18-2015 Proffer | | |
| 3057 | Santana, Ralph Arrest Report 05-11-98 | | |
| 3058 | Saucedo, Daniel Photo (Redacted) | MAY - 2 2016 | MAY - 2 2016 |
| 3059 | Reserved | | |
| 3060 | Saucedo, Daniel Photo giving hand gesture | APR 2 8 2016 | APR 2 8 2016 |
| 3061 | Saucedo, Daniel 11-13-15 CDCR Records | MAY - 2 2016 | MAY - 2 2016 |
| 3062 | Saucedo, Daniel 12-15-15 CDCR Parole Records | | |
| 3063 | Martinez, Mario - photo | APR 2 9 2016 | APR 2 9 2016 |
| 3064 | Pineda, Celita - photo | MAY - 2 2016 | MAY - 2 2016 |

# UNITED STATES OF AMERICA v. GEORGE VERA, SR.

## CR 12-1118-DMG

### DEFENDANT'S EXHIBIT LIST

| Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 3065 | Ferrante, Mike - photo | MAY - 2 2016 | MAY - 2 2016 |
| 3066 | Mendiaz, Poncho - photo | MAY - 3 2016 | MAY - 3 2016 |
| 3067 | Vera Sr., George - photo of tattoo | MAY - 3 2016 | MAY - 3 2016 |
| 3068 | Vera, Vianna - photo | | |
| 3069 | Reserved | | |
| 3070 | Marcus Vera Firearm Sale to Brian Limon 08-01-2012 - VIDEO | APR 2 6 2016 | APR 2 6 2016 |
| 3071 | Marcus Vera Firearm Sale to Brian Limon 08-01-2012 - two photos | APR 2 6 2016 | APR 2 6 2016 |
| 3072 | Rains, Gary - photo | APR 2 6 2016 | APR 2 6 2016 |
| 3073 | 12-01-2011 424 W. Mines Search Video | APR 2 9 2016 | APR 2 9 2016 |
| 3074 | Reyes, Jonathan - photo | APR 2 8 2016 | APR 2 9 2016 |
| 3075 | May 2008 Day Planner | MAY - 3 2016 | MAY - 3 2016 |
| 3076 | Aparacio, Daniel Mental Health records | | |
| 3077 | Santana, Ralph DOC records P25518 | MAY - 2 2016 | MAY - 2 2016 |
| 3078 | Santana, Ralph DOC records AF1070 | MAY - 2 2016 | MAY - 2 2016 |
| 3079 | LACSD records | MAY - 2 2016 | MAY - 2 2016 |

UNITED STATES OF AMERICA v. GEORGE VERA, SR.

CR 12-1118-DMG

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 3080 | Santana, Ralph Plea Agreement | APR 28 2016 | |
| 3081 | Photo of people (re BJs) (redacted) | | |
| 3082 | Photo of location (old BJs) | MAY - 2 2016 | MAY - 2 2016 |
| 3083 | Photo of location (old BJs) | MAY - 2 2016 | MAY - 2 2016 |
| 3084 | August 1, 2012 page from LA County Dept. of Parks and Recreation, with Custodian of Records decl. | MAY - 3 2016 | MAY - 3 2016 |
| 3085 | Letter from George Vera to Gloria Pena (with redaction) | MAY - 3 2016 | |
| 3086 | Photo around firepit | APR 29 2016 | APR 29 2016 |
| 3087 | Reserved | | |
| 3088 | Reserved | | |
| 3089 | Reserved | | |
| 3090 | Reserved | | |
| 3091 | Photo - Alfred | MAY - 2 2016 | MAY - 2 2016 |
| 3092 | Photo - Felicia | MAY - 2 2016 | MAY - 2 2016 |
| 3093 | Photo - Rudy | APR 29 2016 | APR 29 2016 |
| 3094 | Photo - Google Maps - East Cleveland | MAY - 2 2016 | MAY - 2 2016 |

**UNITED STATES OF AMERICA v. GEORGE VERA, SR., et. al.**

**CR 12-1118-DMG**

### DEFENDANT'S EXHIBIT LIST

| Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 3095 | Photo - taken from front of Cleveland house | MAY - 2 2016 | MAY - 2 2016 |
| 3096 | Photo - Top of tool box | | |
| 3097 | Photo - Cover of SoCal Savings book | MAY - 2 2016 | MAY - 2 2016 |
| 3098 | Photo - Drawer of tool box | MAY - 2 2016 | MAY - 2 2016 |
| 3099 | Photo - Open tool box | MAY - 2 2016 | MAY - 2 2016 |
| 3100 | Photo - Drawer of tool box | MAY - 2 2016 | MAY - 2 2016 |
| 3101 | Photo - Open tool box smaller drawers | MAY - 2 2016 | MAY - 2 2016 |
| 3102 | Photo - Rudy Chacon 1984 Pocket organizer | MAY - 2 2016 | MAY - 2 2016 |
| 3103 | Photo - Tool box drawer | MAY - 2 2016 | |
| 3104 | MLS listing - Mines | APR 2 9 2016 | APR 2 9 2016 |
| 3105 | Photo - Cleveland front porch | MAY - 2 2016 | MAY - 2 2016 |
| 3106 | Photo - Raul Vera | | |
| 3107 | Photo -sedan delivery | MAY - 2 2016 | MAY - 2 2016 |
| 3108 | Photo - 1939 Chevy | MAY - 2 2016 | MAY - 2 2016 |
| 3109 | Photo - Mask | MAY - 2 2016 | MAY - 2 2016 |

# UNITED STATES OF AMERICA v. GEORGE VERA, SR., et. al.
## CR 12-1118-DMG

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 3110 | Photo - ceiling damage | MAY - 3 2016 | MAY - 3 2016 |
| 3111 | Photo - ceiling repair | MAY - 3 2016 | MAY - 3 2016 |
| 3112 | Photo - band gear | MAY - 3 2016 | MAY - 3 2016 |
| 3113 | Photo - toolbox front | MAY - 2 2016 | MAY - 2 2016 |
| 3114 | Photo - old receipts | MAY - 2 2016 | MAY - 2 2016 |
| 3115 | Photo - Civil Service Commn letter 1930 | MAY - 2 2016 | MAY - 2 2016 |
| 3116 | Photo - Postcard | MAY - 2 2016 | MAY - 2 2016 |
| 3117 | Photo - WPG 1936 | MAY - 2 2016 | MAY - 2 2016 |
| 3118 | Photo - GV torso tattoo | MAY - 3 2016 | MAY - 3 2016 |
| 3119 | Photo - GV back | MAY - 3 2016 | MAY - 3 2016 |
| 3120 | Photo - George Vera side | MAY - 3 2016 | MAY - 3 2016 |
| 3121 | Insurance Policy on Givens | MAY - 3 2016 | MAY - 3 2016 |
| 3122 | Rental Credit Application | MAY - 3 2016 | MAY - 3 2016 |
| 3123 | Rental Receipt 10/2/04 | MAY - 3 2016 | MAY - 3 2016 |
| 3124 | Listing for Sale on Givens Mines | MAY - 3 2016 | MAY - 3 2016 |

# UNITED STATES OF AMERICA v. GEORGE VERA, SR.,
## CR 12-1118-DMG

### DEFENDANT'S EXHIBIT LIST

| Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 3121 | 137 Givens Place insurance paperwork | MAY - 3 2016 | MAY - 3 2016 |
| 3122 | 137 Givens Place credit application - Pina | MAY - 3 2016 | MAY - 3 2016 |
| 3123 | 137 Givens Place rent receipts | MAY - 3 2016 | MAY - 3 2016 |
| 3124 | Mines Avenue real estate listing | MAY - 3 2016 | MAY - 3 2016 |
| 3125 | U.S. v. Saucedo Complaint, cr 11-0948M | | |
| 3126 | U.S. v. Saucedo Govt Motion to Dismiss Complaint, cr 11-0948 | | |
| 3127 | Nine photos of defense witnesses in present case | MAY - 3 2016 | MAY - 3 2016 |
| | | | |
| | | | |
| | | | |

UNITED STATES v. GEORGE VERA, SR.

CR NO. 12-1118(C)-DMG

GOVERNMENT'S WITNESS LIST

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1 | Special Agent Steve Paris - APR 2 0 2016 Drug Enforcement Administration |
| 2 | Special Agent Michelle Starkey - Bureau of Alcohol, Tobacco, Firearms & Explosives APR 2 1 2016 |
| 3 | Joseph Elizarraras (custody) APR 2 0 2016 APR 2 1 2016 |
| 4 | Detective Omar Rodriguez - Montebello Police Department APR 2 1 2016 MAY - 4 2016 APR 2 9 2016 APR 2 6 2016 APR 2 5 2016 APR 2 2 2016 |
| 5 | Officer Kenny Benitez - West Covina Police Department APR 2 7 2016 |
| 6 | Group Supervisor Jennifer Cicolani - Bureau of Alcohol, Tobacco, Firearms & Explosives APR 2 2 2016 |
| 7 | Ralph Santana (custody) APR 2 7 2016 APR 2 8 2016 |
| 8 | Detective Ray Sulcer - Montebello Police Department (retired) |
| 9 | Daniel Aparicio APR 2 7 2016 |
| 10 | Senior Forensic Chemist Jason Bordelon - Drug Enforcement Administration APR 2 7 2016 |
| 11 | Pat Vera |
| 12 | Karina Valdez |
| 13 | Sergeant Julio Calleros - Montebello Police Department MAY - 4 2016 APR 2 8 2016 |
| 14 | Officer Paul Artista - Montebello Police Department APR 2 7 2016 |
| 15 | Daniel Saucedo APR 2 8 2016 |
| 16 | Officer Katie Ferrari - Montebello Police Department |
| 17 | Jason Vera |
| 18 | Senior Special Agent David Hamilton - Bureau of Alcohol, Tobacco, Firearms & Explosives APR 2 9 2016 |

Lt Andrew Vuncanon   MAY - 4 2016
Sgt. Matthew Lentz   MAY - 4 2016
Ofc Alex Blanco   MAY - 4 2016

1

Defendant's Witness List

Delicia Barba    APR 2 9 2016

Priscilla Tostado    APR 2 9 2016

Charlene Tostado    APR 2 9 2016

Ronald Cox    APR 2 9 2016

Lt. Ricardo Rojas    APR 2 9 2016

Dr. Jeffrey Whiting    APR 2 9 2016

Jonathan Reyes    APR 2 9 2016

Burmaro Martinez    APR 2 9 2016

Raul Vera    MAY – 2 2016

Brian Andrus    MAY – 2 2016

Jack Tellez    MAY – 2 2016

Felix Saenz    MAY – 2 2016

Michael Young    MAY – 2 2016

Paul Vieyra    MAY – 2 2016

Rick Radillo    MAY – 2 2016

Brian Limon    MAY – 2 2016

Yasmyn Chacon    MAY – 2 2016

Joel Wyenn    MAY – 2 2016    MAY – 4 2016

George Vera, Sr.    MAY – 3 2016    MAY – 4 2016