1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   REEMA M. EL-AMAMY (Cal. Bar No. 237743)
4  Assistant United States Attorney
   OCDETF Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-0552
7       Facsimile:  (213) 894-0142
        E-mail:     Reema.El-Amamy@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10

11                  UNITED STATES DISTRICT COURT

12             FOR THE CENTRAL DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,          CR No. 12-01118(C)-DMG

14            Plaintiff,               GOVERNMENT'S NOTICE OF LODGING
                                       OF DECLARATION; DECLARATION OF
15            v.                       REEMA M. EL-AMAMY

16  GEORGE VERA, SR.,

17            Defendant.

18

19       The government hereby files a Notice of Lodging of a

20  Declaration of Reema M. El-Amamy, which contains exhibits

21  consisting of trial and audio transcripts referenced in the

22  Government's Opposition to Defendant's Motion for New Trial and

23  Judgment of Acquittal.  (CR 1014.)

24  //

25  //

26

27                              1

28

1     This Notice of Lodging is based on the attached declaration of

2  Reema M. El-Amamy.

3  DATED: October 25, 2016          Respectfully submitted,

4

5                                   EILEEN M. DECKER
                                    United States Attorney

6                                   LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
7                                   Chief, Criminal Division

8

9          _____/s/_____
                                    REEMA M. EL-AMAMY
10                                  Assistant United States Attorney
                                    OCDETF Section

11                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                           2

28

1    <u>**DECLARATION OF REEMA M. EL-AMAMY**</u>

2       I, Reema M. El-Amamy, declare as follows:

3       1.   I am an Assistant United States Attorney in the United
4    States Attorney's Office for the Central District of California.
5    I, along with Assistant United States Attorney Alexander B. Schwab,
6    represent the government in this case.

7       2.   The government cited a number of trial transcripts and
8    trial exhibits in its Opposition to Defendant's Motion for New
9    Trial and Judgment of Acquittal.  (CR 1014.).  Attached to this
10   declaration are those transcripts and exhibits in the order in
11   which they are cited in the Opposition, thereby facilitating review
12   by the Court.

13      3.   Pages 2-4 of the Opposition cite transcripts related to
14   Jury Selection.  Attached as Exhibit A are those corresponding
15   transcripts.

16      3.   Pages 4-5 of the Opposition cite transcripts related to
17   the Government's Opening Statement.  Attached as Exhibit B are
18   those corresponding transcripts.

19      4.   Page 5 of the Opposition contains a statement by the
20   Court regarding the evidence that the government had presented
21   regarding the existence of a gang.  Attached as Exhibit C are those
22   corresponding transcripts.

23      5.   Pages 6-7 of the Opposition contain summaries of
24   recordings that the government played at trial.  Attached as
25   Exhibit D are those corresponding transcripts.

26

27                                     3

28

6.    Pages 7-9 of the Opposition cite transcripts related to the testimony of Lieutenant Andrew Vuncanon.  Attached as Exhibit E are those corresponding transcripts.

7.    Pages 9-10 of the Opposition cite transcripts related to the testimony of Sergeant Julio Calleros.  Attached as Exhibit F are those corresponding transcripts.

8.    Pages 10-12 of the Opposition cite transcripts related to the testimony of Detective Omar Rodriguez and Joel Wyenn.  Attached as Exhibit G are those corresponding transcripts.

9.    Pages 12-13 of the Opposition cite transcripts related to the testimony of the defendant on cross-examination.  Attached as Exhibit H are those corresponding transcripts.

10.   Pages 13-14 of the Opposition cite transcripts related to the testimony of D.S.  Attached as Exhibit I are those corresponding transcripts.

11.   Pages 14-15 of the Opposition cite transcripts related to Exhibit 118.  Attached as Exhibit J are those corresponding transcripts.

12.   Pages 16-157 of the Opposition cite transcripts related to the Rule 29 Motion at trial.  Attached as Exhibit K are those corresponding transcripts.

//

//

4

1       13.  Pages 37 of the Opposition cite transcripts related to

2  the Court's rulings on co-conspirator statements at trial.

3  Attached as Exhibit L are those corresponding transcripts.

4      I declare under penalty of perjury that the foregoing is true

5  and correct to the best of my knowledge and belief.

6  DATED: October 25, 2016

7

8                    REEMA M. EL-AMAMY

9                    Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                            5

28